IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUFUS TERRY MCDOUGALD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 1:17-cv-771-ECM |
| ) | |
| OFFICER GRISSOM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On February 19, 2019, the Magistrate Judge entered a Recommendation (doc. 36) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case be and is hereby DISMISSED without prejudice for the plaintiff's failure to comply with the orders of this Court.

A Final Judgment will be entered.

Done this 12th day of March, 2019.

                                           /s/Emily C. Marks
                                           EMILY C. MARKS
                                           CHIEF UNITED STATES DISTRICT JUDGE